IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANTHONY T. DAN, | ) | 8:06CV714 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MEMORANDUM |
| vs. | ) | AND ORDER |
| | ) | |
| DOUGLAS COUNTY | ) | |
| DEPARTMENT OF CORRECTIONS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. On February 5, 2007, the court entered an order on initial review (filing 7) that, among other things, directed Plaintiff to return a completed summons and USM-285 form as soon as possible, but no later than March 16, 2007.[1] Plaintiff was specifically informed that failure to return the completed forms "may result in dismissal of this matter, without prejudice, [and] without further notice."

Because Plaintiff has failed to comply with the court's directive,

IT IS ORDERED that Plaintiff's action is dismissed without prejudice. Judgment shall be entered by separate document.

August 28, 2007.  BY THE COURT:

 s/ *Richard G. Kopf* 
United States District Judge

---

[1] The order erroneously stated the date as March 16, 2006.